UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES K. WILSON and CAROL WILSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CR BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | NO. 3:21-cv-05143<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS CR BARD, INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants CR Bard, Incorporated and Bard Peripheral Vascular Incorporated, by counsel, hereby state that Defendant Bard Peripheral Vascular Incorporated is a wholly-owned subsidiary of CR Bard, Incorporated, and that Defendant CR Bard Incorporated., is a wholly-owned subsidiary of Becton, Dickinson and Company (a publicly-held entity).

CORPORATE DISCLOSURE STATEMENT OF DEFS. CR BARD INC. AND BARD PERIPHERAL VASCULAR INC.
NO. 3:21-cv-05143

- 1 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1631470/8284-0033

1  DATED this 3rd day of March 2021.

2                                                BETTS, PATTERSON & MINES, P.S.

By_____
   Christopher W. Tompkins, WSBA #11686
   Natasha A. Khachatourians, WSBA #42685
Betts Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington, 98101-3927
Telephone:  206-292-9988
ctompkins@bpmlaw.com
nkhachatourians@bpmlaw.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
James F. Rogers, *pro hac vice* pending
Joseph E. Fornadel, *pro hac vice* pending
1320 Main Street, 17th Floor, Meridian
Columbia, South Carolina 29021
Telephone:  803-799-2000
jim.rogers@nelsonmullins.com
joe.fornadel@nelsonmullins.com

Attorneys for Defendants

---

CORPORATE DISCLOSURE STATEMENT OF DEFS. CR BARD INC. AND BARD PERIPHERAL VASCULAR INC.
NO. 3:21-cv-05143

- 2 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1631470/8284-0033

# CERTIFICATE OF SERVICE

I, Karen L. Pritchard, hereby certify that on March 3, 2021, I electronically filed the following:

- **Corporate Disclosure Statement of Defendants C.R. Bard Incorporated. and Bard Peripheral Vascular Incorporated; and**
- **Certificate of Service**

with the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiffs James K. Wilson and Carol Wilson*
Matthew R McCarley
FEARS | NACHAWATI, PLLC
4925 Greenville Ave., Ste 715
Dallas, TX  75206
mccarley@fnlawfirm.com

Arati C. Furness
FEARS | NACHAWATI, PLLC
5473 Blair Rd.
Dallas, TX  75231
afurness@fnlawfirm.com

*Counsel for Defendants CR Bard Incorporated and Bard Peripheral Vascular Incorporated*
Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH (GA)
201 17th St. NW, Suite 1700
Atlanta, GA  30363
richard.north@nelsonmullins.com

DATED this 3rd day of March 2021.

            *s/ Karen L. Pritchard*
            Karen L. Pritchard, Legal Assistant

CORPORATE DISCLOSURE STATEMENT OF DEFS. CR BARD INC. AND BARD PERIPHERAL VASCULAR INC.
NO. 3:21-cv-05143

- 3 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1631470/8284-0033