**The Honorable Ricardo S. Martinez**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES K. WILSON and CAROL WILSON,

Plaintiffs,

v.

C. R. BARD INCORPORATED, BARD PERIPHERAL VASCULAR, INCORPORATED,

Defendants.

NO. 3:21-cv-05143-RSM

ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES

Upon consideration of the Parties' Joint Motion to Stay Proceedings, and upon good cause shown, it is hereby ORDERED that the Motion is GRANTED, and that this matter is STAYED for thirty (30) days.

DATED this 30th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO
STAY DISCOVERY AND ALL PRETRIAL        - 1 -
DEADLINES
NO. 3:21-cv-05143-RSM
1744082/033021 0932/8284-0025

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988