**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES K. WILSON and CAROL WILSON,<br><br>                                    Plaintiffs,<br>v.<br><br>C. R. BARD INCORPORATED, BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>                                   Defendants. | NO. 3:21-cv-05143-RSM<br><br>ORDER GRANTING SECOND JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES<br><br>**[Clerk's Action Required]**<br><br>**Note on Motion Calendar:**<br>**April 26, 2021** |

Upon consideration of the Parties' Second Joint Motion to Stay Discovery and All Pretrial Deadlines, and upon good cause shown, it is hereby ORDERED that the Motion is GRANTED, and that this matter is STAYED for ninety (90) days.

DATED this 29th day of April, 2021.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND JOINT
MOTION TO STAY DISCOVERY AND
ALL PRETRIAL DEADLINES
NO. 3:21-cv-05143-RSM

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1760234/042921 1546/8284-0025